IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH EVANS,

      Plaintiff,                    No. CIV S-10-1969 GEB GGH P

    vs.

CSP SACRAMENTO, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a motion entitled motion for law library access. In his motion, plaintiff alleges that court orders are necessary before he can use the law library and he therefore requests that the court issue an order granting him "Preferred Legal User" status.

        Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. In fact, the complaint is being served on defendants pursuant to court order, so plaintiff has no present obligations in this case. The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's March 10, 2011 motion
2 for a court-ordered deadline (Docket No. 24) is denied.
3 DATED: March 24, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
evan1969.80