IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH EVANS,

      Plaintiff,                    No. CIV S-10-1969 GEB GGH P

  vs.

CSP SACRAMENTO, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for discovery, however discovery should not be commenced yet in this action. Defendant filed a motion to dismiss on June 6, 2011, which plaintiff has not opposed. Discovery should not begin in this case until the motion to dismiss has been adjudicated. Therefore, plaintiff shall file an opposition to the motion to dismiss. Failure to file an opposition will result in a recommendation that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for discovery (Doc. 32) is denied;

////

////

2. Plaintiff shall file an opposition to the motion to dismiss. Failure to file an opposition will result in a recommendation that this action be dismissed.

DATED: June 23, 2011

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:AB
evan1969.ord

2